May 8, 2012

Dear Doctor:

In order to assist me in performing the essential functions of my job, my employer has asked that you answer these questions in writing and return them by May 15, 2012 to Elizabeth Telford at the following address:  10310 Fischer Rd., Von Ormy, Texas, 78073

By my signature below, I authorize you to discuss any of your responses with my employer or a physician of my employer's choosing.  This letter also authorizes you to submit to a physician of my employer's choosing a copy of my medical records pertaining to the medical condition for which I am seeking an accommodation.

Thank you for your prompt attention to this matter.  Again it is important that your responses be timely.

Sincerely,

Juan Alonzo-Miranda

Medical Authorization
Clarifying Accommodations

Schlumberger/Alonzo-Miranda 000049

**EXHIBIT 10**

**Schlumberger**

Schlumberger Oilfield Services
10310 Fischer Rd.
Von Ormy, Texas

November 30, 2012

Juan Alonzo-Miranda
2818 N PANAM EXPY Apt 7106
San Antonio, Texas   78208

Dear Juan:

Thank you for joining our conference call this morning, November 30, 2012. Along with you, the participants included: Elizabeth Telford, Personnel Representative – Production Group Southwest; Bradley Brown, San Antonio PPS Maintenance Supervisor; David Dunn, NAL PPS Personnel Manager; and Judy Lawton, NAM Compliance Manager.

The purpose of our call was to reiterate that your accommodation request to bring your service dog, Goldie, to work has been granted. Additionally, we needed to review the details on how we can work together to ensure that the accommodation is effective for you as we balance the requirements of the business.   This memo will summarize the agreements we came to during our discussion.

- Goldie can accompany you to work and is permitted in the designated area of the Maintenance facility
- You stated that you will provide a kennel for Goldie and we agreed it would be situated in proximity to your tool box.
- While at the facility during your working hours, Goldie will remain in the kennel located next to your toolbox and you will have full access to go to her at any time.
- Upon arrival and departure of the facility and during Goldie's restroom breaks, she will be kept on a leash.
- You agreed you will be responsible for Goldie's restroom needs and cleaning up after her.
- You will provide the Company with health records for Goldie on Monday and you agreed to ensure we always have updated health information going forward
- You volunteered to sign a release of liability waiver. Thank you for that suggestion, it is pending review and final decision.

You confirmed you will be able to return to work on December 3, 2012 for your regularly scheduled shift at 6:00am.   We will plan for this week to be a revised schedule and you will work from Monday through Friday, December 7, 2012 and provide you with the weekend off.   With the above arrangements, we expect your return to work with Goldie will go smoothly. However, if you have any questions or need assistance please let Bradley or I know immediately.   In addition, we will have a follow-up call with you on Monday, December 10, to review the effectiveness of the accommodation request.

Schlumberger/Alonzo-Miranda 000064

**EXHIBIT 11**

We look forward to working with you further to ensure this accommodation is implemented successfully and that it remains effective for you.   Please contact me if you have any questions or concerns.   I can be reached at 1-210-623-9533 or ETelford@slb.com.

Sincerely,

Elizabeth Telford
Personnel Representative

Schlumberger/Alonzo-Miranda 000065