FILED

MAR 2 3 2015

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

|  |  |  |
|---|---|---|
| JUAN ALONZO-MIRANDA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 5:13-1057 (RCL) |
| | ) | |
| SCHLUMBERGER TECHNOLOGY CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## VERDICT FORM

**Question No. 1**

Did Defendant Schlumberger fail to reasonably accommodate Plaintiff Juan Alonzo-Miranda's disability?

Answer: Yes___✓___ or No_____

If you answered "Yes" to Question No. 1, then answer the following questions:

**Question No. 2**

What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff Juan Alonzo-Miranda for the damages, if any, you have found Defendant Schlumberger caused him?

Answer in dollars and cents:

a. Overtime wages lost due to the failure to reasonably accommodate.

$ _____5386.50_____

b. Past pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life.

$ _____23205.00_____

**Question No. 3**

Do you find that Plaintiff Juan Alonzo-Miranda should be awarded punitive damages?

Answer:  Yes_____   or No____✓_____

If you answered "Yes" to Question No. 3, then answer the following question:

**Question No. 4**

What sum of money should be assessed against Defendant Schlumberger as punitive damages?

Answer in dollars and cents:

$_____

_____3-23-2015_____

Date

_____

Jury Foreperson