UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION



| | | |
|---|---|---|
| Juan Alonzo-Miranda<br>Plaintiff, | § § § | |
| vs. | § § | CIVIL ACTION NO. : 5:13-CV-01057-RCL |
| Schlumberger Technology Corporation<br>Defendant. | § § § | |

## JUDGMENT

On March 16, 2015, came on for trial the above-styled and numbered cause. The Plaintiff appeared in person and by and through his counsel of record, and the Defendant appeared by and through its counsel of record. A jury was duly impaneled and sworn. The Plaintiff proceeded to present his evidence. When the Plaintiff rested his case-in-chief, the Defendant moved for judgment as a matter of law. The Court denied the motion, and the Defendant proceeded to present evidence. When the Defendant rested its case-in-chief, the Defendant renewed its motion for judgment as a matter of law. The Court denied the motion. After the close of all the evidence, the arguments of the counsel, and the charge read by the Court, the jury retired to deliberate. On March 23, 2015, the jury returned its verdict, in favor of the Plaintiff. The Court received the verdict and ordered it filed, and hereby renders judgment in accordance with the verdict of the jury.

It is therefore ORDERED, ADJUDGED, and DECREED that Plaintiff Juan Alonzo-Miranda do have and recover of and from the Defendant, Schlumberger Technology Corporation, the sum of twenty-eight thousand five hundred ninety-one and 50/100 Dollars (28,591.50), along with one thousand nine hundred forty-three and 27/100 dollars ($1,943.27) in

prejudgment interest, together with interest thereon at the legal rate of 0.26 percent per annum from the date of judgment until paid, plus the costs of suit herein incurred.

It is further ORDERED, ADJUDGED, and DECREED that the Plaintiff's motion for attorney's fees, supported by proper affidavit, be filed within 28 days of the entry of this judgment.

SIGNED AND ENTERED THIS ___6th___ day of April, 2015.

_____
Royce C Lamberth
Senior United States District Judge