UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

|  |  |
|---|---|
| JUAN ALONZO-MIRANDA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SCHLUMBERGER TECHNOLOGY CORP., ) <br> ) <br> Defendant. ) <br> ) | Civ. Action No. 5:13-cv-1057 |

## ORDER

Before the court is the plaintiff's motion [163] for attorneys' fees. Upon consideration of the plaintiff's motion, the defendant's opposition [166], the plaintiff's reply [168] thereto, plaintiff's supplemental motion [169] for reasonable attorneys' fees and costs, the record herein, and the applicable law, and for the reasons set forth in the accompanying Memorandum Opinion, the plaintiff's motion [163] and supplemental motion [169] for attorneys' fees are granted as follows:

- John W. Griffin: 253.88 hours at $263 per hour = $66,769.13

- Michael J. Neuerburg: 622.13 hours at $199 per hour= $123,802.88

- Robert E. McKnight: 70 hours at $235 per hour= $16,450.00

- Oscar H. Villareal: 7.7 hours at $350 per hour= $2,695.00

- Richard Soliz (Paralegal): 8 hours at $125 per hour = $1,000.00

The defendant shall pay reimbursable expenses in the total amount of $24,229.30.

The total amount awarded to Alonzo-Miranda's counsel will be $234,946.31.

**IT IS SO ORDERED** this 11th day of June, 2015.

_____
The Honorable Royce C. Lamberth
U.S. District Court Judge